

**NUMBER 13-06-00612-CR**

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**EX PARTE: RICARDO VILLA**

---

**On appeal from the 319th District Court**
**of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion by Chief Justice Valdez**

Appellant, Ricardo Villa, filed a pre-trial application for a writ of habeas corpus seeking the reconsideration of a pre-trial bond condition. The trial court denied his request, and this appeal ensued. Just a few months after we received appellant's brief, he was found guilty of the charges he was indicted for, namely, aggravated sexual assault of a

child.[1] *See* TEX. PENAL CODE ANN. § 22.021 (Vernon Supp. 2007). Because appellant has now been convicted, any issues regarding the pre-trial bond conditions set by the trial court are rendered moot. *See Oldham v. State*, 5 S.W.3d 840, 846 (Tex. App.–Houston [14th Dist.] 1999, pet. ref'd) (recognizing that the appellant's subsequent conviction rendered moot any issues concerning pre-trial bond); *see also Ex parte Hodges*, No. 2-02-429-CR, 2003 Tex. App. LEXIS 4999, at **1-2 (Tex. App.–Fort Worth June 12, 2003, no pet.) (mem. op., not designated for publication) (same).

Accordingly, this appeal is dismissed as moot. *See* TEX. R. APP. P. 43.2(f).

ROGELIO VALDEZ
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and filed this the 31st day of July, 2008.

[1] Appellant's appeal concerning his aggravated sexual assault of a child conviction is currently pending in this Court.